**Order entered September 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01064-CR

**LARRY LYNN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1451103-Y**

## ORDER

Before the Court is appellant's September 2, 2016 motion requesting immediate release. Our opinion issued on January 27, 2016. The court of criminal appeals denied appellant's petition for discretionary review on April 13, 2016, and our mandate issued on May 17, 2016. Appellant's motion is **DENIED**.

/s/      ADA BROWN
         JUSTICE